

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-20-00017-CV

_____

IN RE LARRY T. LONG, INDIVIDUALLY, ET AL.

---

Original Mandamus Proceeding

---

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

On March 17, 2020, Larry T. Long; Woodbine Production Corporation; Rusk County Well Service, Inc.; and Larry T. Long, L. Allan Long, and B. Virginia Long, in their capacities as trustees of The Lawrence Allan Long Trust, The Charles Edward Long Trust, The Larry Thomas Long Trust, and The John Stephen Long Trusts (collectively Relators), filed a motion for emergency relief pending a decision by this Court on their petition for writ of mandamus. The motion for emergency relief asks this Court to stay the trial court's January 31, 2020, orders compelling Relators to respond to certain discovery requests served upon them in the underlying lawsuit, including requests for production of tax returns. Under the trial court's ruling, Relators were required to provide their discovery responses on or before March 16, 2020, but have not yet done so. A response to the petition for writ of mandamus relief from the real party in interest is due on or before March 27, 2020.

After reviewing Relators' motion for emergency relief, this Court is of the opinion that the temporary relief requested should be granted and that the January 31, 2020, orders of the trial court referenced above should be stayed pending the ruling of this Court on Relators' petition for writ of mandamus.

Therefore, the trial court's January 31, 2020, orders compelling discovery responses are hereby stayed pending the ruling of this Court on the mandamus before us in this case.

IT IS SO ORDERED.

BY THE COURT

Date: March 17, 2020